46 A.3d 549

IN THE MATTER OF ALEXANDER M. ILER, AN ATTORNEY
AT LAW (ATTORNEY NO. 009762007).

July 5, 2012.

## ORDER

**ALEXANDER M. ILER** of **RED BANK,** who was admitted to
the bar of this State in 2007, and who has been temporarily
suspended from the practice of law since May 2, 2012, having
tendered his consent to disbarment as an attorney at law of the
State of New Jersey, and good cause appearing;

It is ORDERED that **ALEXANDER M. ILER** is disbarred by
consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of
attorneys and that he be permanently restrained and enjoined
from practicing law; and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–
20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent reimburse the Disciplinary Over-
sight Committee for appropriate administrative costs and actual
expenses incurred in the prosecution of this matter, as provided in
*Rule* 1:20–17.